ORDERED UNSEALED on 5/1/2024       s/ scotttweedle

~~SEALED~~
s/ scotttweedle



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LILLIAN JOANN SHINGLETON, <br><br> Defendant. | Case No. '24 CR0249 TWR <br><br> I N D I C T M E N T <br><br> Title 18, U.S.C., Sec. 922(a)(3) - Unlicensed Transportation of Firearms; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 18, U.S.C., Secs. 371 and 924(a)(1)(A) - Conspiracy Making False Statements in the Acquisition of a Firearm; Title 18, U.S.C., Sec. 924(d)(1) and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning no later than June 5, 2022, and continuing until at least October 5, 2022, within the Southern District of California, defendant LILLIAN JOANN SHINGLETON, aided and abetted with Jarez Roberts, charged elsewhere, a person not having a valid Federal Firearm License, to knowingly obtain in the State of Arizona and then intentionally transport into the State of California, a firearm, to include: a 9mm SCCY, model CPX-2 handgun, bearing serial number C300655; in violation of Title 18, United States Code, Sections 922(a)(3) and 2.

//

//

ARHA:nlv:San Diego:2/12/24

## Count 2

### Conspiracy

**[18 U.S.C. §§ 371 & 924(a)(1)(A)]**

1. Beginning on a date unknown and continuing until at least October 5, 2022, within the Southern District of California, and elsewhere, defendant LILLIAN JOANN SHINGLETON, did knowingly and intentionally conspire with Jarez Roberts, charged elsewhere, to commit the offense of making false statements in the acquisition of a firearm; in violation of Title 18, United States Code Sections 371 and 924(a)(1)(A).

**PURPOSE OF THE CONSPIRACY**

2. It was a purpose of the conspiracy for defendant LILLIAN JOANN SHINGLETON and Jarez Roberts to enrich themselves, and otherwise benefit, by SHINGLETON's purchase of firearms in Arizona on behalf of Roberts, in order for Roberts to transport the firearms from Arizona to California.

**MANNER AND MEANS**

3. The manner and means used to accomplish the objectives of the conspiracy included the following, among others:

   a. Defendant LILLIAN JOANN SHINGLETON would receive instructions from Jarez Roberts, who resided in the Southern District of California, about which firearms he wanted to obtain. SHINGLETON would then knowingly and repeatedly purchase handguns at Federal Firearms Licensee ("FFL") retail locations in Arizona, not for herself, but for Roberts, who was not able to lawfully acquire firearms for himself under federal law.

//
//

2

   b. SHINGLETON would make false statements during the acquisition of the firearms to complete each sale, including the sworn assertion that SHINGLETON was not acquiring the firearm on behalf of another person.

   c. SHINGLETON would receive a commission for each purchase of firearms on behalf of Jarez Roberts.

   d. SHINGLETON knew that Roberts intended to transport the firearms from Arizona to California.

## OVERT ACTS

4. In furtherance of the conspiracy, and to effect its objects, the following overt acts, among others, were committed within the Southern District of California:

   a. On or about June 9, 2022, Jarez Roberts sent approximately $659.05 via 'Cash App' to SHINGLETON, as payment for the purchase of firearms on his behalf.

   b. On or about June 20, 2022, Jarez Roberts sent approximately $675 via 'Cash App' to SHINGLETON, as payment for the purchase of firearms on his behalf.

   c. On or about June 22, 2022, Jarez Roberts sent approximately $620 via 'Cash App' to SHINGLETON, as payment for the purchase of firearms on his behalf.

   d. On or about August 20, 2022, SHINGLETON completed the purchase and acquisition of firearms in Arizona, including a 9mm SCCY, model CPX-2 handgun, bearing serial number C300655, and then immediately transferred them to Jarez Roberts in order for the firearms to be transported to the Southern District of California the following day.

//

//

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18 United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one and more of the offenses alleged in Counts 1 and 2 of this Indictment, and pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), defendant LILLIAN JOANN SHINGLETON, shall forfeit to the United States all firearms and ammunition involved in the offenses. The firearms and ammunition to be forfeited include, but are not limited to: a Taurus, model G2C, 9mm handgun, bearing an obliterated serial number and a 9mm SCCY, model CPX-2 handgun, bearing serial number C300655.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

//
//
//
//

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: February 13, 2024.

A TRUE BILL:

[signature redacted]

TARA K. MCGRATH
United States Attorney

By: /s/ Andrew R. Haden
ANDREW R. HADEN
Assistant U.S. Attorney